FILED

10/20/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0383

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 21-0383

STATE OF MONTANA,

      Plaintiff and Appellee,

v.

TYLOR THOMAS BUTTOLPH,

      Defendant and Appellant.

**ORDER SUPPLEMENTING THE RECORD AND AMENDING THE CAPTION TO *STATE OF MONTANA v. TYLOR THOMAS BUTTOLPH***

Upon consideration of Appellant's motion, and good cause appearing,

IT IS HEREBY ORDERED that the motion to supplement the record is granted. Upon receipt from Court Reporter, Anne Perron, the transcript of the district court's November 25, 2020 hearing shall be filed in this cause.

IT IS FURTHER ORDERED that the caption in this matter is amended to *State of Montana v. Tylor Thomas Buttolph*.

The Clerk shall serve a copy of this Order upon the court reporter.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
October 20 2022